■ In the Matter of JAMES M. WEST, Also Known as WESS, Petitioner, v MICHAEL SHEAHAN, Superintendent, Five Points Correctional Facility, Respondent. [967 NYS2d 863]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered December 12, 2012) to review a determi-

nation of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.